IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Birch Street Auto
: CIVIL ACTION
:
    vs. :
: NO. 02-4950
Caesar Roman et al.

O R D E R

**AND NOW, TO WIT:** This 26th day of July, 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs except as provided by Local Rule 54.1(d).

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**_____
    Stephen J. Iannacone
    Deputy Clerk

Civ 2 (7/83)
41.1(b)